# EXHIBIT B

**506091085    06/04/2020**

Case 6:26-cv-00237-JKP-DNM    Document 1-2    Filed 04/10/26    Page 2 of 4

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT6137805

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| GAURAV GOEL | 06/03/2020 |

**RECEIVING PARTY DATA**

| Name: | GG TECHNOLOGIES INC. |
|---|---|
| Street Address: | 401 WILSHIRE BOULEVARD |
| City: | SANTA MONICA |
| State/Country: | CALIFORNIA |
| Postal Code: | 90401 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 16870681 |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | (949)567-6710 |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 949-567-6700 |
| Email: | IPPROSECUTION@ORRICK.COM |
| Correspondent Name: | ORRICK, HERRINGTON & SUTCLIFFE LLP IP PR |
| Address Line 1: | 2050 MAIN STREET, SUITE 1100 |
| Address Line 4: | IRVINE, CALIFORNIA 92614 |

| ATTORNEY DOCKET NUMBER: | 39183.4001 |
|---|---|
| NAME OF SUBMITTER: | JOSEPH CHERN |
| SIGNATURE: | /Joseph Chern/ |
| DATE SIGNED: | 06/04/2020 |

**Total Attachments: 2**
source=GG_Technologies_4001_Assignment_Executed#page1.tif
source=GG_Technologies_4001_Assignment_Executed#page2.tif

Patent
Orrick Ref. 39183.4001

## A S S I G N M E N T   O F   P A T E N T

**WHEREAS**, I, GAURAV GOEL, Citizen of France, with an address of Flat 3, 73 Onslow Gardens, London, Great Britain SW7 3QD (hereinafter referred to as "**ASSIGNOR**"), have invented and own a certain invention entitled "METHOD AND SYSTEM FOR PROXIMITY-BASED CONTACT TRANSFER," for which application for Letters Patent of the United States of America was filed on May 8, 2020, under application Serial No. 16/870,681 and which claims priority to United States Provisional Application Serial No. 62/845,753, filed May 9, 2019; and

**WHEREAS**, GG TECHNOLOGIES INC., a corporation organized and existing under and by virtue of the laws of the State of Delaware and having its principal place of business at 401 Wilshire Boulevard, Santa Monica, California 90401 (hereinafter referred to as "**ASSIGNEE**"), is desirous of acquiring the exclusive right, title and interest in, to and under said invention and in, to and under any Patent and similar legal protection to be obtained therefor in the United States of America, its territorial possessions and in any and all countries foreign thereto.

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, **ASSIGNOR** hereby sells, assigns, transfers and sets over unto **ASSIGNEE**, its successors and assigns, the full and exclusive right, title and interest to said invention and to all Letters Patent or application or similar legal protection, not only in the United States and its territorial possessions, but in all countries foreign thereto to be obtained for said invention by said application, and to any continuation, division, renewal, substitute or reissue thereof or any legal equivalent thereof in the United States or a foreign country for the full term or terms for which the same may be granted, including all priority rights under the Paris Convention for the Protection of Industrial Property; and **ASSIGNOR** hereby authorizes and requests the United States Commissioner of Patents and Trademarks and any officials of foreign countries whose duty it is to issue patents or any legal equivalent thereof to issue said patents and equivalents to said **ASSIGNEE**, its successors and assigns, in accordance with this **ASSIGNMENT** and hereby transfers all rights of action, power and benefit belonging to or accruing from the invention including the right to undertake proceedings to recover past and future damages and claim all other relief in respect of any acts of infringement thereof whether such acts shall have been committed before or after the date of this **ASSIGNMENT**.

**ASSIGNOR** hereby covenant that no assignment, sale, agreement or encumbrance has been or will be made or entered into which would conflict with this **ASSIGNMENT**.

1

4126-5696-7460.1

**PATENT
REEL: 052839 FRAME: 0345**

ASSIGNOR further covenant that ASSIGNEE will, upon its request, be provided promptly with all pertinent facts and documents relating to said application, said invention and said Letters Patent and legal equivalents as may be known and accessible to ASSIGNOR and that ASSIGNOR will testify as to the same in any interference or litigation related thereto and will promptly execute and deliver to ASSIGNEE or its legal representative any and all papers, instruments or affidavits required to apply for, obtain, maintain, issue and enforce said application, said invention and said Letters Patent and said equivalents in the United States or in any foreign country, which may be necessary or desirable to carry out the purposes thereof.

WITNESS my hand at ___Paris, FRANCE___

(City & State OR Province & Country)

this _3_ day of _JUNE_, 20_20_.

_____
GAURAV GOEL

4126-5696-7460.1

2

PATENT
REEL: 052839 FRAME: 0346