# EXHIBIT C

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| **Claim 13[pre]**<br><br>A computing device for facilitating the contactless exchange of digital information with one or more exchange devices, the computing device comprising: | An Apple iPhone with iOS 17 (or later) installed thereon is a computing device for facilitating the contactless exchange of digital information with one or more exchange devices.  In particular, such an Apple iPhone device facilitates the contactless exchange of digital information by way of the NameDrop feature.<br><br>The following shows an example of the screens of a pair of Apple iPhone devices (each, a "computing device") for facilitating the contactless exchange of digital information.  The contact information to be exchanged is the information of "Sonali Sanghvi" and "Athirah Abdullah," per the screen shots.<br><br><br><br>https://support.apple.com/en-sg/guide/iphone/iph1b6c664b7/ios<br><br>In addition, an Apple Watch Apple Watch Ultra, Apple Watch Series 7 and later, and Apple Watch SE 2nd generation and later are examples of computing device for facilitating the contactless exchange of digital information with one or more exchange devices.  These devices likewise facilitate the contactless exchange of digital information by way of the NameDrop feature.<br><br>The following shows an example of the screen of an Apple Watch (a "computing device") for facilitating the contactless exchange of digital information.  The contact information to be exchanged is the information |

[1] The Infringing Products include any Apple iPhone or Apple Watch that possesses the hardware and software capabilities to implement the NameDrop feature.  On information and belief, this includes Apple iPhones running iOS 17 or later, and Apple Watch products that run WatchOS 10 or later.

[2] At present, Plaintiff does not believe it needs to rely on the Doctrine of Equivalents.  Plaintiff reserves the right to rely on the Doctrine of Equivalents in any contentions served in connection with a schedule entered by the Court, and/or based on any non-infringement arguments made by Defendant in the future.

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| | associated with the owner of the Apple Watch (referred to as "Your Contact" in the screen shot below).<br><br>**Use NameDrop on Apple Watch to share contact information**<br><br>You can use NameDrop to quickly exchange new contact information with a nearby iPhone or Apple Watch. (NameDrop requires iOS 17.1, watchOS 10.1, or later on both devices; NameDrop is supported on Apple Watch SE 2nd generation, Apple Watch Series 7 and later, and Apple Watch Ultra models.)<br><br>*Note:* NameDrop only works for sending new contact information, not updating an existing contact.<br><br><br><br>https://support.apple.com/en-sg/guide/watch/apd46c6e11cf/watchos<br><br><br><br>https://www.cnet.com/tech/mobile/name-drop-on-apple-watch-what-to-know-about-the-contact-sharing-feature/ |
| **Claim 13[a]**<br>a display screen; | An Apple iPhone with iOS 17 (or later) installed thereon, or an Apple Watch Apple Watch Ultra, Apple Watch Series 7 and later, and Apple Watch SE 2nd generation and later, includes a display screen. |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| | The display screens of two Apple iPhone computing devices are visible in the following image.<br><br>Apple's user guide for the NameDrop feature confirms this:<br><br>## Use NameDrop on iPhone<br><br>1. Hold the display of your iPhone a few centimeters from the top of the other person's iPhone or Apple Watch.<br><br>2. Continue holding your devices near each other until NameDrop appears on both screens.<br><br>3. Choose to share your contact card and receive the other person's, or to only receive the other person's.<br><br>If you're sharing your contact card, tap ›, select the fields you want to include, then tap Save. The same fields will be selected by default next the time you use NameDrop.<br><br>To cancel, move the two devices away from each other or lock your iPhone before the NameDrop transfer completes.<br><br>https://support.apple.com/en-sg/guide/iphone/iph1b6c664b7/ios<br><br>Likewise, an Apple Watch with NameDrop functionality has a "display screen," as can be seen below: |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| | ## Use NameDrop on Apple Watch to share contact information<br><br>You can use NameDrop to quickly exchange new contact information with a nearby iPhone or Apple Watch. (NameDrop requires iOS 17.1, watchOS 10.1, or later on both devices; NameDrop is supported on Apple Watch SE 2nd generation, Apple Watch Series 7 and later, and Apple Watch Ultra models.)<br><br>*Note:* NameDrop only works for sending new contact information, not updating an existing contact.<br><br><br><br>https://support.apple.com/en-sg/guide/watch/apd46c6e11cf/watchos<br><br><br><br>https://www.cnet.com/tech/mobile/name-drop-on-apple-watch-what-to-know-about-the-contact-sharing-feature/<br><br>The Apple documentation for the Apple Watch further confirms that such product has a "display" as is required by this claim limitation: |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| | **Use NameDrop to exchange contact information**<br><br>1. Do one of the following:<br><br>   • *Share from Apple Watch to iPhone:* Hold the display of your Apple Watch a few centimeters from the top of the other person's iPhone.<br><br>   • *Share from Apple Watch to another Apple Watch:* Go to the Contacts app 👤 on your Apple Watch, tap your picture in the top-right corner, tap Share, then bring your watch close to the other person's Apple Watch.<br><br>   A glow emerges from both devices, and Apple Watch vibrates to indicate a connection is being made.<br><br>2. Continue holding your devices near each other until NameDrop appears on both screens.<br><br>3. Choose to share your contact card and receive the other person's, or to only receive the other person's.<br><br>4. Continue holding your devices near each other.<br><br>   To cancel, move the two devices away from each other before NameDrop completes.<br><br>https://support.apple.com/en-sg/guide/watch/apd46c6e11cf/watchos |
| **Claim 13[b]**<br>a central processing unit for executing a mobile application, the mobile application providing a graphical user interface on the display screen; and | An Apple iPhone with iOS 17 (or later) installed thereon includes a central processing unit (i.e., the chip or chips that execute the iOS software on the Apple iPhone devices) that executes a mobile application (i.e., the iOS operating system itself) providing a graphical user interface on the display screen (the user interface for NameDrop):<br><br><br><br>Apple's user guide for NameDrop confirms there is a graphical user interface associated with NameDrop: |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| | **Use NameDrop on iPhone**<br><br>1. Hold the display of your iPhone a few centimeters from the top of the other person's iPhone or Apple Watch.<br><br>2. Continue holding your devices near each other until NameDrop appears on both screens.<br><br>3. Choose to share your contact card and receive the other person's, or to only receive the other person's.<br><br>If you're sharing your contact card, tap ⟩, select the fields you want to include, then tap Save. The same fields will be selected by default next the time you use NameDrop.<br><br>To cancel, move the two devices away from each other or lock your iPhone before the NameDrop transfer completes.<br><br>https://support.apple.com/en-sg/guide/iphone/iph1b6c664b7/ios<br><br>An Apple Watch includes a central processing unit (i.e., the chip or chips that execute the Watch operating system) that executes a mobile application (i.e., the Watch operating system itself) providing a graphical user interface on the display screen (the user interface for NameDrop):<br><br>**Use NameDrop on Apple Watch to share contact information**<br><br>You can use NameDrop to quickly exchange new contact information with a nearby iPhone or Apple Watch. (NameDrop requires iOS 17.1, watchOS 10.1, or later on both devices; NameDrop is supported on Apple Watch SE 2nd generation, Apple Watch Series 7 and later, and Apple Watch Ultra models.)<br><br>*Note:* NameDrop only works for sending new contact information, not updating an existing contact.<br><br><br><br>https://support.apple.com/en-sg/guide/watch/apd46c6e11cf/watchos |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| | <br><br>https://www.cnet.com/tech/mobile/name-drop-on-apple-watch-what-to-know-about-the-contact-sharing-feature/ |
| **Claim 13[c]**<br>an antenna configured for proximity-based communication with the one or more exchange devices, | An Apple iPhone with iOS installed includes an antenna configured for proximity-based communication with the one or more exchange devices. In particular, an Apple iPhone includes an NFC antenna near the top of the device to facilitate proximity-based communications with other compatible devices:<br><br><br><br>In addition, iPhone products since the iPhone 13 include an NFC controller connected to the NFC antenna, which manages the proximity-based communications enabled on the iPhone 13: |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| |  https://www.ifixit.com/Teardown/iPhone+13+Pro+Teardown/144928<br><br>An Apple iPhone also includes a Bluetooth antenna in connection with Bluetooth signal processing hardware that facilitates Bluetooth Low Energy ("BTLE") communications, which are proximity-based communications as claimed:<br><br>The NFC antenna and/or the Bluetooth Low Energy antenna of an iPhone device facilitates the exchange of contact information with "a nearby iPhone or Apple Watch" as shown below: |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
| --- | --- |
| | <br><br>https://support.apple.com/en-sg/guide/iphone/iph1b6c664b7/ios<br><br>Due to the nature of NFC and Bluetooth communications, those communications are "proximity based" communications.<br><br>The Apple Watch likewise includes an NFC antenna and a Bluetooth antenna configured for proximity-based communication with the one or more exchange devices.  The description on Apple's website, which confirms that one or more antennas in the Apple Watch facilitate "proximity based" communications because NameDrop functionality is initiated when the Watch is held "a few centimeters" from a complaint sharing device, and that a user can cancel by "mov[ing] the two devices away from each other before NameDrop completes." |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| | ## Use NameDrop to exchange contact information<br><br>1. Do one of the following:<br><br>  • *Share from Apple Watch to iPhone:* Hold the display of your Apple Watch a few centimeters from the top of the other person's iPhone.<br><br>  • *Share from Apple Watch to another Apple Watch:* Go to the Contacts app on your Apple Watch, tap your picture in the top-right corner, tap Share, then bring your watch close to the other person's Apple Watch.<br><br>  A glow emerges from both devices, and Apple Watch vibrates to indicate a connection is being made.<br><br>2. Continue holding your devices near each other until NameDrop appears on both screens.<br><br>3. Choose to share your contact card and receive the other person's, or to only receive the other person's.<br><br>4. Continue holding your devices near each other.<br><br>  To cancel, move the two devices away from each other before NameDrop completes.<br><br>https://support.apple.com/en-sg/guide/watch/apd46c6e11cf/watchos |
| **Claim 13[d]** wherein the central processing unit automatically scans to identify the one or more exchange devices within a predetermined range via the antenna, | As shown above, the central processing unit automatically scans to identify the one or more exchange devices within a predetermined range via the antenna (i.e., a range defined by the capabilities of the NFC antenna or the Bluetooth antenna):<br><br><br><br>https://support.apple.com/en-sg/guide/iphone/iph1b6c664b7/ios<br><br>On information and belief, NameDrop is configured such that a particular, predetermined range needs to be established to ensure that individuals do not activate the feature without an iPhone user's awareness. In other words, a predetermined range is enforced for purposes of user data safety in the context of NameDrop. |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| | The ability to "cancel" by moving devices away from one another further confirms that the central processing unit enforces a "predetermined range" to activate the NameDrop feature:<br><br>**Use NameDrop on iPhone**<br><br>1. Hold the display of your iPhone a few centimeters from the top of the other person's iPhone or Apple Watch.<br><br>2. Continue holding your devices near each other until NameDrop appears on both screens.<br><br>3. Choose to share your contact card and receive the other person's, or to only receive the other person's.<br><br>If you're sharing your contact card, tap ›, select the fields you want to include, then tap Save. The same fields will be selected by default next the time you use NameDrop.<br><br>To cancel, move the two devices away from each other or lock your iPhone before the NameDrop transfer completes.<br><br>https://support.apple.com/en-sg/guide/iphone/iph1b6c664b7/ios<br><br>Thus, for an Apple iPhone with NameDrop functionality, the device is always scanning for nearby devices, and when a device is within a "predetermined range," the Apple iPhone begins exchanging information to start the NameDrop process with that device.<br><br>Likewise, the fact that an Apple Watch can initiate a NameDrop session, and terminate the session when the Watch is moved away from the partner device, confirms that the Apple Watch is always scanning for nearby devices, and when a device is within a "predetermined range," the Apple Watch begins exchanging information to start the NameDrop process with that device.<br><br>**Use NameDrop to exchange contact information**<br><br>1. Do one of the following:<br><br>  • *Share from Apple Watch to iPhone:* Hold the display of your Apple Watch a few centimeters from the top of the other person's iPhone.<br><br>  • *Share from Apple Watch to another Apple Watch:* Go to the Contacts app on your Apple Watch, tap your picture in the top-right corner, tap Share, then bring your watch close to the other person's Apple Watch.<br><br>  A glow emerges from both devices, and Apple Watch vibrates to indicate a connection is being made.<br><br>2. Continue holding your devices near each other until NameDrop appears on both screens.<br><br>3. Choose to share your contact card and receive the other person's, or to only receive the other person's.<br><br>4. Continue holding your devices near each other.<br><br>To cancel, move the two devices away from each other before NameDrop completes.<br><br>https://support.apple.com/en-sg/guide/watch/apd46c6e11cf/watchos |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| **Claim 13[e]** filters the scanned devices, | The NFC antenna and/or the Bluetooth antenna in an iPhone with iOS 17 (or later) installed or of an Apple Watch filters the scanned devices for proximity and/or for devices that are configured to share contact information via NameDrop.<br><br><br><br>https://support.apple.com/en-sg/guide/iphone/iph1b6c664b7/ios<br><br>In particular, the filtering results in the initiating Apple iPhone or Apple Watch determining which (if any) devices are in sufficient proximity to potentially initiate a NameDrop session. |
| **Claim 13[f]** selects at least one of the one or more exchange devices for presentation on the graphical user interface, and | The central processing unit of an iPhone with iOS 17 (or later) installed selects at least one of the one or more exchange devices for presentation on the graphical user interface, as is shown below: |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| | https://support.apple.com/en-sg/guide/iphone/iph1b6c664b7/ios<br><br>In particular, the Apple iPhone selects, using criteria within the device (based, at least in part, on the proximity of the partner device to the initiating device), at least one nearby device and initiates an appropriate presentation of the availability of NameDrop on the iPhone's Graphical User Interface:<br><br>Apple's user guide for NameDrop confirms there is a graphical user interface associated with NameDrop: |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| | ### Use NameDrop on iPhone<br><br>1. Hold the display of your iPhone a few centimeters from the top of the other person's iPhone or Apple Watch.<br><br>2. Continue holding your devices near each other until NameDrop appears on both screens.<br><br>3. Choose to share your contact card and receive the other person's, or to only receive the other person's.<br><br>If you're sharing your contact card, tap ›, select the fields you want to include, then tap Save. The same fields will be selected by default next the time you use NameDrop.<br><br>To cancel, move the two devices away from each other or lock your iPhone before the NameDrop transfer completes.<br><br>https://support.apple.com/en-sg/guide/iphone/iph1b6c664b7/ios<br><br>Likewise, for an Apple Watch, when the device determines that another compliant device is nearby, it initiates a display on the Graphical User Interface to begin the NameDrop transaction:<br><br>### Use NameDrop on Apple Watch to share contact information<br><br>You can use NameDrop to quickly exchange new contact information with a nearby iPhone or Apple Watch. (NameDrop requires iOS 17.1, watchOS 10.1, or later on both devices; NameDrop is supported on Apple Watch SE 2nd generation, Apple Watch Series 7 and later, and Apple Watch Ultra models.)<br><br>*Note:* NameDrop only works for sending new contact information, not updating an existing contact.<br><br>https://support.apple.com/en-sg/guide/watch/apd46c6e11cf/watchos |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| | <br><br>https://www.cnet.com/tech/mobile/name-drop-on-apple-watch-what-to-know-about-the-contact-sharing-feature/ |
| **Claim 13[g]**<br>directly exchanges at least a profile identification (ID) and a user ID with the selected exchange devices, | An Apple iPhone with iOS 17 (or later) installed thereon, or an Apple Watch, directly exchanges at least a profile identification (ID) (i.e., the subset of information from a sharing user's contact information) and a user ID (i.e., the user's actual contact information) with the selected exchange devices: |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| | Apple's support website confirms that a user can select what portions of his or her contact information to share via NameDrop:<br><br>**Secure NameDrop**<br><br>**What is NameDrop?**<br><br>NameDrop (part of AirDrop) allows iPhone and Apple Watch users to easily share their contact information by simply bringing their devices together. You can choose the specific contact details that you want — or don't want — to share.<br><br>NameDrop works automatically. If you need to turn NameDrop off, see Turn Off NameDrop.<br><br>*Note:* NameDrop requires iOS 17.1, watchOS 10.1 or later on both devices; NameDrop is supported on Apple Watch SE (2nd generation), Apple Watch Series 7 and later, and Apple Watch Ultra models.<br><br>https://support.apple.com/en-sg/guide/personal-safety/ips97e16d3b1/web<br><br>The user interface presented by NameDrop confirms that a user can select which information he or she wishes to share:<br><br>**Share your contact info**   ✕<br><br>You can share your contact info with another person.<br><br>1. Do one of the following:<br>   • *Share from iPhone or iPad:* Hold your iPhone a few centimetres above the other person's iPhone or Apple Watch.<br>   • *Share from Apple Watch to Apple Watch:* Open the Contacts app 📇 on your Apple Watch, tap your picture in the top-right corner, tap Share, then bring your watch to the other person's Apple Watch.<br>   • A glow emerges from both devices, and Apple Watch vibrates to indicate that a connection is being made.<br>2. Continue holding your devices near each other until NameDrop appears on both screens.<br>3. Choose to share your contact card (or a specific phone number or email address) and receive the other person's, or choose to receive only the other person's.<br><br>If you're sharing your contact card, tap ❯, select the fields you want to include, then tap Save. The same fields are selected by default the next time you use NameDrop.<br><br>To cancel, move the two devices away from each other or lock your iPhone before the NameDrop transfer is complete.<br><br>To learn more, see:<br><br>https://support.apple.com/en-sg/guide/personal-safety/ips97e16d3b1/web<br><br>The "profile identification" as claimed is therefore met by the data structures that define which contact information to share – or not to share. The "user ID" as claimed is the selected contact information itself. |
| **Claim 13[h]** thereby prompting the selected exchange device to display a | An Apple iPhone device with iOS 17 (or later) installed thereon prompts the selected exchange device to display a second user interface for accepting two-way communication for directly exchanging digital contact information with the user device: |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| second user interface for accepting two-way communication for directly exchanging digital contact information with the user device. |  <br><br>The user interface presented by NameDrop permits the recipient to select an interface element to accept two-way communication of the digital contact information:<br><br>3. Choose to share your contact card (or a specific phone number or email address) and receive the other person's, or choose to receive only the other person's.<br><br>If you're sharing your contact card, tap ⟩, select the fields you want to include, then tap Save. The same fields are selected by default the next time you use NameDrop.<br><br>To cancel, move the two devices away from each other or lock your iPhone before the NameDrop transfer is complete.<br><br>To learn more, see:<br><br>https://support.apple.com/en-sg/guide/personal-safety/ips97e16d3b1/web<br><br>The graphical user interface of the Apple Watch likewise prompts the selected exchange device to display a second user interface for accepting two-way communication for directly exchanging digital contact information with the user device: |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| | <br><br>https://www.cnet.com/tech/mobile/name-drop-on-apple-watch-what-to-know-about-the-contact-sharing-feature/ |
| **Claim 14**<br>The computing device of claim 13, wherein the antenna comprises a Bluetooth low energy antenna. | As discussed above, at least the Bluetooth low energy antenna of the Apple iPhone or the Apple Watch facilitates Name Drop. |
| **Claim 15**<br>The computing device of claim 14, wherein the predetermined range comprises three hundred feet. | In the Apple iPhone, the fact that NameDrop is initiated only when devices are "a few centimeters" apart confirms that the predetermined range is less than three hundred feet.<br><br><br><br>https://support.apple.com/en-sg/guide/personal-safety/ips97e16d3b1/web |
| **Claim 16**<br>The computing device of claim 13, wherein the central processing | The central processing unit of an Apple iPhone selects the device with which to exchange information based on a received signal strength indicator of scanned exchange devices: |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
| unit selects the at least one of the one or more exchange devices based on a received signal strength indicator of each scanned exchange device. | **Share your contact info**  ×<br><br>You can share your contact info with another person.<br><br>1. Do one of the following:<br><br>• *Share from iPhone or iPad:* Hold your iPhone a few centimetres above the other person's iPhone or Apple Watch.<br><br>• *Share from Apple Watch to Apple Watch:* Open the Contacts app on your Apple Watch, tap your picture in the top-right corner, tap Share, then bring your watch to the other person's Apple Watch.<br><br>• A glow emerges from both devices, and Apple Watch vibrates to indicate that a connection is being made.<br><br>https://support.apple.com/en-sg/guide/personal-safety/ips97e16d3b1/web<br><br>In particular, the fact that a device needs to be held a few centimeters from another indicates that RSSI is being used to determine when devices are close enough to initiate NameDrop transactions. |
| **Claim 17**<br>The computing device of claim 13, wherein the central processing unit receives a script file from a central server to automatically pull updates from the central server regarding profile changes of the selected exchange device. | The central processing unit of an Apple iPhone receives a script file (a file reflective of updates that need to be made to a particular contact card) from a central server to automatically pull updates from the central server regarding profile changes of the selected exchange device (e.g., changes to the contact information for a particular contact card):<br><br>**Add or edit your photo and poster**<br><br>You can set a photo and poster to automatically appear when you call or send a message to others.<br><br>1. Go to the Contacts app on your iPhone.<br><br>2. Tap My Card at the top, then tap Contact Photo & Poster.<br><br>3. Optionally, tap Name, enter your first and last name as you want it to appear to others, then tap Edit to pick a poster or create a new one.<br><br>**Share your name and contact image**<br><br>You can choose to automatically share your updated name, photo, and poster with people in your contacts.<br><br>1. Go to the Contacts app on your iPhone.<br><br>2. Tap My Card at the top, then tap Contact Photo & Poster.<br><br>3. Turn on Name & Photo Sharing to start sharing your contact photo and poster with others.<br><br>You can share automatically with Contacts Only, or select Always Ask to be prompted before your name, photo, and poster are shared with anyone you're communicating with.<br><br>https://support.apple.com/en-sg/guide/iphone/iph18b749db1/ios<br><br>This can be seen in iOS in the following screen shot: |

| Claims of U.S. Patent No. 12,022,369 | Infringement Analysis[1,2] |
|---|---|
|  |  |